WEILAND, GOLDEN
SMILEY, WANG EKVALL & STROK, LLP
Evan D. Smiley, State Bar No. 161812
esmiley@wgllp.com
Kyra E. Andrassy, State Bar No. 207959
kandrassy@wgllp.com
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626
Telephone: 714-966-1000
Facsimile: 714-966-1002

Special Counsel for
Thomas H. Casey, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>LLOYD MYLES RUCKER,<br><br>        Debtor.<br><br>THOMAS H. CASEY, Chapter 7 Trustee,<br><br>        Plaintiff,<br>vs.<br><br>WELLS FARGO ADVISORS, LLC, and LLOYD MYLES RUCKER, solely in his capacity as the trustee of the Lloyd Rucker Defined Benefit Pension Plan Trust, the Secure Capital Inc. 401(k) Profit Sharing Plan and Trust, the EZ Equity Inc. 401(k) Profit Sharing Plan and Trust, the Vision Capital 401(k) Profit Sharing Plan and Trust, and the IQ Capital, Inc. 401(k) Profit Sharing Plan and Trust,<br><br>        Defendants. | Case No. 08:06-bk-10195-RK<br><br>Chapter 7<br><br>Adv. No. 08:09-ap-01513-RK<br><br>**DECLARATION OF KYRA ANDRASSY REGARDING TELEPHONIC NOTICE OF HEARING ON MOTION FOR (1) TURNOVER OF CUSTODY OF FUNDS ON DEPOSIT AT WELLS FARGO ADVISORS, LLC, PURSUANT TO 11 U.S.C. § 542(a) AND (2) AN ACCOUNTING**<br><br>DATE: September 8, 2009<br>TIME: 3:00 p.m.<br>CTRM: 5D |

I, Kyra E. Andrassy, declare:

1. I am senior counsel with Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP, counsel for Thomas H. Casey, the chapter 7 trustee for the bankruptcy estate of Lloyd Myles Rucker. I know the following facts to be true of my own personal knowledge and, if called as a witness, could and would competently testify with respect thereto.

1                                                                                                          DECLARATION

343054.1

2. During the afternoon of Friday, September 4, 2009, I gave telephonic notice of the hearing on the Trustee's motion for turnover of custody of funds and an accounting to both the legal department of Wells Fargo Advisors, LLP, and to Steve Swartzell, a paralegal with Shulman, Hodges & Bastian, LLP, counsel to the Debtor. Subsequently, I had substantive conversations with both a representative from the legal department of Wells Fargo Advisors and with James Bastian, counsel for the Debtor, regarding the relief sought in the Motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of September, 2009, at Costa Mesa, California.

KYRA B. ANDRASSY

2  DECLARATION

343054.1

| In re:<br>LLOYD MYLES RUCKER, | | CHAPTER 7 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 8:06-bk-10195-RK |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**650 Town Center Drive, Suite 950, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document described **DECLARATION OF KYRA E. ANDRASSY REGARDING TELEPHONIC NOTICE OF HEARING ON MOTION FOR TURNOVER OF CUSTODY OF FUNDS ON DEPOSIT AT WELLS FARGO ADVISORS, LLC, PURSUANT TO 11 U.S.C. SECTION 542(a) AND (2) AN ACCOUNTING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **September 8, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

United States Trustee
411 W. 4th Street
Suite 9041
Santa Ana, CA 92701

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 8, 2009** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Hon. Robert Kwan
United States Bankruptcy Court
411 W. 4th Street
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 8, 2009 | Margaret Sciesinski | _/s/ Margaret Sciesinski_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1