WEILAND, GOLDEN
SMILEY, WANG EKVALL & STROK, LLP
Evan D. Smiley, State Bar 161812
esmiley@wgllp.com
Kyra E. Andrassy, State Bar No. 207959
kandrassy@wgllp.com
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626
Telephone: 714-966-1000
Facsimile: 714-966-1002

Attorneys for Chapter 7 Trustee
Thomas H. Casey

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re; <br><br> LLOYD MYLES RUCKER, <br><br> Debtor. | Case No. 8:06-bk-10195-RK <br><br> Chapter 7 <br><br> Adv. No. 8:09:ap-01513-RK |
| THOMAS H. CASEY, Chapter 7 Trustee, <br><br> Plaintiff, <br><br> vs. <br><br> WELLS FARGO ADVISORS, LLC, and LLOYD MYLES RUCKER, solely in his capacity as the trustee of the Lloyd Rucker Defined Benefit Pension Plan Trust, the Secure Capital Inc. 401(k) Profit Sharing Plan and Trust, the EZ Equity Inc. 401(k) Profit Sharing Plan and Trust, the Vision Capital 401(k) Profit Sharing Plan and Trust, and the IQ Capital, Inc. 401(k) Profit Sharing Plan and Trust, <br><br> Defendant. | **NOTICE OF REQUIRED COMPLIANCE WITH LOCAL BANKRUPTCY RULE 7026-1** <br><br> **STATUS CONFERENCE** <br><br> DATE: November 24, 2009 <br> TIME: 1:30 p.m. <br> CTRM: 5D, 5th Fl. |

**PLEASE TAKE NOTICE** that compliance with Federal Rule of Bankruptcy Procedure 7026 and Local Bankruptcy Rule 7026-1 is required.

//

//

296298.1                                                                                           NOTICE OF COMPLIANCE

| | |
|---|---|
| 1 | **PLEASE TAKE FURTHER NOTICE** that a copy of Local Bankruptcy Rule 7026-1 |
| 2 | is attached hereto as Exhibit "A." |
| 3 | Dated: September 9, 2009      WEILAND, GOLDEN |
| |                                      SMILEY, WANG EKVALL & STROK, LLP |

By: _/s/ Kyra E. Andrassy_
KYRA E. ANDRASSY
Attorneys for Thomas H. Casey,
Chapter 7 Trustee

---

295501.1                  2                  COMPLAINT

## LOCAL BANKRUPTCY RULE 7026-1

### EARLY MEETING OF COUNSEL

In all proceedings governed by Part VII of the Federal Rules of Bankruptcy Procedure, the parties shall comply with all applicable provisions of the Federal Rules of Bankruptcy Procedure, including without limitation Federal Rule of Bankruptcy Procedure 7026, and this Local Bankruptcy Rule. The plaintiff shall serve with the summons and complaint a notice that compliance with Federal Rule of Bankruptcy Procedure 7026 and this Local Bankruptcy Rule is required. The plaintiff shall file a proof of service of this notice together with the proof of service of the summons and complaint.

Unless all defendants default, the parties shall conduct the meeting and exchange the information required by Federal Rule of Bankruptcy Procedure 7026 within the time limits set forth therein and shall prepare and file within 7 days after such meeting a Joint Status Report containing the information set forth in Local Bankruptcy Rule 7016-1(a)(2), which report shall serve as the written report of such meeting required by Federal Rule of Bankruptcy Procedure 7026.

**EXHIBIT "A"**

| In re: | CHAPTER 7 |
|---|---|
| LLOYD MYLES RUCKER,<br>Debtor(s). | CASE NUMBER 8:06-bk-10195-RK |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
650 Town Center Drive, Suite 950, Costa Mesa, CA 92626

A true and correct copy of the foregoing document described **NOTICE OF REQUIRED COMPLIANCE WITH LOCAL BANKRUPTCY RULE 7026-1** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 9, 2009** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Kyra E Andrassy    kandrassy@wgllp.com
Thomas H Casey    msalustro@tomcaseylaw.com, tcasey@ecf.epiqsystems.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **September 9, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 9, 2009** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 9, 2009 | Margaret Sciesinski | [signature] |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1

| In re: | CHAPTER 7 |
|---|---|
| LLOYD MYLES RUCKER, Debtor(s). | CASE NUMBER 8:06-bk-10195-RK |

## II. SERVED BY CERTIFIED MAIL/RRR

Wells Fargo Advisors, LLC
Attn: Managing Member
One North Jefferson Avenue
St. Louis, MO 63103

CSC-Lawyers Incorporating Service
Agent for Service of Process for
Wells Fargo Advisors, LLC
2730 Gateway Oaks Dr.
Suite 100
Sacramento, CA 95833

## SERVED BY U.S. MAIL

United States Trustee
411 W. 4th Street
Suite 9041
Santa Ana, CA 92701

Lloyd Myles Rucker
110 Washington Avenue, #1724
Miami Beach, FL 33139
Debtor

Mark Bradshaw, Esq.
Shulman Hodges & Bastian, LLP
Towne Centre Plaza
26632 Towne Center Dr., Suite 300
Foothill Ranch, CA 92610-2808
Attorneys for Debtor

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1