1  **WEILAND, GOLDEN**
   **SMILEY, WANG EKVALL & STROK, LLP**
2  Evan D. Smiley, State Bar No. 161812
   esmiley@wgllp.com
3  Kyra E. Andrassy, State Bar No. 207959
   kandrassy@wgllp.com
4  650 Town Center Drive, Suite 950
   Costa Mesa, CA 92626
5  Telephone:   (714) 966-1000
   Facsimile:   (714) 966-1002
6
7  Special Counsel for Chapter 7 Trustee
   Thomas H. Casey

FILED & ENTERED

SEP 25 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kent        DEPUTY CLERK

CHANGES MADE BY COURT

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                    **SANTA ANA DIVISION**

| | |
|---|---|
| 11  In re | Case No. 8:06-bk-10195-RK |
| 12  LLOYD MYLES RUCKER, | Chapter 7 |
| 13              Debtor. | |
| 14 | |
| 15  THOMAS H. CASEY, Chapter 7 Trustee, | Adv. No. 8:09-ap-01513-RK |
|              Plaintiff, | **ORDER APPROVING ORAL** |
| 16 | **STIPULATION ON TRUSTEE'S MOTION** |
|        v. | **FOR (1) TURNOVER OF CUSTODY OF** |
| 17  WELLS FARGO ADVISORS, LLC, and | **FUNDS ON DEPOSIT AT WELLS FARGO** |
|     LLOYD MYLES RUCKER, solely in his | **ADVISORS, LLC, PURSUANT TO 11** |
| 18  capacity as the trustee of the Lloyd Rucker | **U.S.C. § 542(a) AND (2) AN ACCOUNTING** |
|     Defined Benefit Pension Plan Trust, the | |
| 19  Secure Capital Inc. 401(k) Profit Sharing | **DATE:**   **September 8, 2009** |
|     Plan and Trust, the EZ Equity Inc. 401(k) | **TIME:**   **3:00 p.m.** |
| 20  Profit Sharing Plan and Trust, the Vision | **CTRM:**   **5D** |
|     Capital 401(k) Profit Sharing Plan and | |
| 21  Trust, and the IQ Capital, Inc. 401(k) Profit | |
|     Sharing Plan and Trust, | |
| 22 | |
|              Defendant. | |
| 23 | |

24        At the above date and time, a hearing was held on shortened time on the motion

25  (the "Motion") of Thomas H. Casey, the chapter 7 trustee (the "Trustee") for the

26  bankruptcy estate of Lloyd Myles Rucker (the "Debtor"), for an order directing Wells Fargo

27  Advisors, LLC ("Wells Fargo"), and the Debtor to turnover custody of all funds on deposit

28  at Wells Fargo owned by or held on behalf of the Lloyd Rucker Defined Benefit Pension

Weiland, Golden,
Smiley, Wang Ekvall & Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714 - 966 - 1000   Fax 714 - 966 - 1002

1 Plan, the Secure Capital 401(k) Plan, the EZ Equity 401(k) Plan, the Vision Capital 401(k)

2 Plan, and the IQ Capital Inc. 401(k) Plan (the "Retirement Plans") and for an accounting.

3 Appearances were as noted on the record.  For the reasons urged in the Motion as

4 modified on the record and for the reasons set forth on the record, and the Court having

5 found that notice of the Motion was proper,

6 **IT IS HEREBY ORDERED** as follows:

7 (1)    The oral stipulation between the parties is approved;

8 (2)    Wells Fargo is authorized and directed to change the holder of record of all

9 accounts in its possession that belong to the Retirement Plans, including but not limited to

10 Wachovia Securities account numbers 3082, 5808, or 8601 (the "Retirement Accounts"),

11 to "Thomas H. Casey, Chapter 7 Trustee for the bankruptcy estate of Lloyd Myles Rucker,

12 as custodian" and the Debtor is restricted from accessing the Retirement Accounts,

13 pending further Court order;

14 (3)    Wells Fargo is authorized and directed to produce to the Trustee detailed

15 Retirement Account statements and any other documents related to the Retirement

16 Accounts as may be requested by the Trustee from the time that the Retirement Accounts

17 were opened at Wachovia Securities to the present, without the necessity of a subpoena,

18 within thirty (30) days of entry of this Order;

19 (4)    The Trustee is authorized to execute any documents required by Wells

20 Fargo in order for Wells Fargo to comply with this Order;

21 (5)    Within thirty days of entry of this Order, the Debtor is directed to produce to

22 the Trustee all account statements for the Retirement Accounts from January 1, 2006,

23 through the present, all documents related to the disposition of any funds on deposit in the

24 Retirement Accounts from the time that the Retirement Accounts were transferred to

25 Wachovia Securities to the present, and all filings with the United States Department of

26 Labor or the Internal Revenue Service by or on behalf of the Retirement Plans from

27 January 1, 2006, through the present; and

28

Weiland, Golden,
Smiley, Wang Ekvall & Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714 - 966 - 1000  Fax 714 - 966 - 1002

2

1      (6)    Any change in the investment of the assets of the Retirement Accounts shall

2  be made either by stipulation between the Debtor and the Trustee or by order of the Court

3  after notice and hearing by either the Trustee or by the Debtor.  The designation of the

4  Trustee as custodian of the Retirement Accounts is solely for the purpose of preventing

5  any change of control of the assets of the Retirement Accounts  and shall not in any

6  manner effect a distribution or change of ownership of the Retirement Accounts or their

7  assets.  After reviewing the records which the Debtor and Wells Fargo produce pursuant

8  to this Order, the Trustee may file a motion for an order authorizing any such investment

9  action as he believes warranted and in the best interest of the Debtor's bankruptcy estate

10  and creditors in connection with the Retirement Accounts.

11      **IT IS SO ORDERED.**

12                  ###

13

14

15

16

17

18

19

20

21

22

23

24

25  DATED: September 25, 2009               _____

                                   United States Bankruptcy Judge

26

27

28

**Weiland, Golden,
Smiley, Wang Ekvall & Strok, LLP**
650 Town Center   Drive, Suite 950
Costa Mesa, California 92626
Tel 714 - 966 - 1000   Fax 714 - 966 - 1002

| In re:<br>LLOYD MYLES RUCKER<br><br>Debtor(s). | CHAPTER 7<br><br>CASE NUMBER 8:06-bk-10195-RK |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**650 Town Center Drive, Suite 950, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document described  **ORDER FOR (1) TURNOVER OF CUSTODY OF FUNDS ON DEPOSIT AT WELLS FARGO ADVISORS, LLC, PURSUANT TO 11 U.S.C. § 542(a) AND (2) AN ACCOUNTING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On   **September 23, 2009**        I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

United States Trustee
411 W. 4th Street
Suite 9041
Santa Ana, CA 92701

Mark Bradshaw, Esq.
Shulman Hodges & Bastian, LLP
Towne Centre Plaza
26632 Towne Center Dr., Suite 300
Foothill Ranch, CA 92610-2808

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 23, 2009**     I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Hon. Robert Kwan, Ctrm. 5D – Suite 5165
United States Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street
Santa Ana, CA 92701-4593

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 23, 2009 | MARGARET SCIESINSKI | /s/ Margaret Sciesinski |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**

| In re:<br>LLOYD MYLES RUCKER | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NUMBER: 8:06-bk-10195-RK |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER APPROVING ORAL STIPULATION ON TRUSTEE'S MOTION FOR (1) TURNOVER OF CUSTODY OF FUNDS ON DEPOSIT AT WELLS FARGO ADVISORS, LLC, PURSUANT TO 11 U.S.C. § 542(a) AND (2) AN ACCOUNTING** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **September 25, 2009**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Kyra E Andrassy      kandrassy@wgllp.com
Thomas H Casey      msalustro@tomcaseylaw.com, tcasey@ecf.epiqsystems.com
United States Trustee (SA)      ustpregion16.sa.ecf@usdoj.gov

☐  Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Lloyd Myles Rucker
110 Washington Avenue, #1724
Miami Beach, FL 33139
Debtor

☐  Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

Mark Bradshaw, Esq.
Shulman Hodges & Bastian, LLP
Towne Centre Plaza
26632 Towne Center Dr., Suite 300
Foothill Ranch, CA 92610-2808

☐  Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                    **F 9021-1.1**